IN THE DISTRICT COURT OF THE UNITED STATES FOR
THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Karen Buckman,<br><br>Plaintiff,<br><br>v.<br><br>United Parcel Service, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cv-01684-SAC<br><br><br><br><br>**<u>OPINION AND ORDER</u>** |

This matter is before the Court on motions for leave to proceed *in forma pauperis* filed by Plaintiff, ECF Nos. 3; 11; 14, and a Report and Recommendation ("Report") of the Magistrate Judge. ECF No. 19. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this matter was referred to United States Magistrate Judge Kevin F. McDonald, for pre-trial proceedings. For the reasons stated herein, the Court denies Plaintiff's motions, ECF Nos. 3; 11; 14, for leave to proceed *in forma pauperis*.

## BACKGROUND

Plaintiff, proceeding *pro se*, brings this civil action seeking damages for alleged employment discrimination. ECF No. 1. Plaintiff also filed applications to proceed without prepaying fees or costs, which are construed as motions to proceed *in forma pauperis*. ECF Nos. 3; 11; 14. On July 29, 2026, the Magistrate Judge issued a Report recommending that Plaintiff's motions to proceed *in forma pauperis* be denied and the Complaint be dismissed unless Plaintiff timely pays the full filing fee. ECF No. 19. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if she failed to do so. *Id.* at 6. Plaintiff has not filed any objections and the time to do so has lapsed.

## STANDARD OF REVIEW

The Magistrate Judge makes only a recommendation to this Court. *Mathews v. Weber*, 423 U.S. 261, 271 (1976). The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Id.* The Court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. *See* 28 U.S.C. § 636(b). The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *Id.* In the absence of an objection, the Court will review the Report for clear error. *See Diamond v. Colonial Life & Accident Ins.*, 416 F.3d 310, 315 (4th Cir. 2005) ("[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation modified)).

## CONCLUSION

The Court has considered the record in this case, the applicable law, and the Report of the Magistrate Judge. The Court finds no clear error and thereby agrees with the recommendation of the Magistrate Judge and incorporates it by reference. Accordingly, Plaintiff's motions for leave to proceed *in forma pauperis*, ECF Nos. 3; 11; 14, are **DENIED**. Plaintiff shall have twenty-one (21) days from the date of this Order to pay the filing fee of four hundred and five dollars ($405), and the Clerk of Court shall withhold entry of judgment until such time for payment expires. If Plaintiff fails to pay the filing fee within the specified time period, the Complaint shall be dismissed without prejudice, and the Clerk of Court shall enter the required final judgment at the close of the twenty-one-day period permitted for payment of the filing fee.

**IT IS SO ORDERED**.

United States District Judge

September 30, 2026
Columbia, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.